## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CARL SHELTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| *versus* | )    **Case No.      14-cv-00478-JHP** |
| | ) |
| **HARTFORD UNDERWRITERS** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff and Defendant, pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and jointly stipulates to a dismissal without prejudice to re-filing of all claims asserted in the above-referenced matter.

Respectfully submitted,


*/s/ J. Drew Houghton*
J. Drew Houghton, Esq.
FOSHEE & YAFFE
OK State Bar No.:18080
P.O. Box 890420
Oklahoma City, OK 73189
Phone: (405) 232-8080
Fax: (405) 601-1103
Email: dhoughton@fosheeyaffe.com

Phillip N. Sanov, Esq.
MERLIN LAW GROUP, P.A.
TX State Bar No: 17635959
Three Riverway, Suite 701
Houston, Texas 77056
Email: psanov@merlinlawgroup.com
Phone: (713) 626-8880

Fax: (713) 626-8881

-and-

Larry Bache, Esq.
MERLIN LAW GROUP, P.A.
FL State Bar No: 91304
777 S. Harbour Blvd, 9th Floor
Tampa, FL 33602
Email: lbache@merlinlawgroup.com
Phone: (813) 229-1000
Fax: (813) 229-3692

ATTORNEYS FOR PLAINTIFF


*/s/ Jessica L. Dickerson*
Jessica L. Dickerson, OBA #21500
William S. Leach
McAFEE & TAFT
1717 S. Boulder, Suite 900
Tulsa, OK 74119
Phone: (918) 587-0000
Facsimile: (918) 599-9317
*(electronically signed with approval)*

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of February, 2016, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:


William S. Leach
Jessica L. Dickerson
McAfee & Taft
1717 S. Boulder, Suite 900
Tulsa, OK 74119
Phone: (918) 587-0000
Facsimile: (918) 599-9317
Email: bill.leach@mcafeetaft.com
Email: jessica.dickerson@mcafeetaft.com


*/s/ J. Drew Houghton*
J. Drew Houghton